UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KENNEDY JOHNSON, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>POWER PERFORMANCE, INC.,<br><br>Defendant. | § CIVIL ACTION NO. 20-1471<br>§<br>§<br>§ JUDGE ROBERT R. SUMMERHAYS<br>§<br>§<br>§<br>§ MAGISTRATE JUDGE PATRICK J.<br>§ HANNA<br>§<br>§<br>§ |

## JUDGMENT

On January 4, 2021 Plaintiff received an offer of judgment in which Defendant Power Performance, Inc. ("Defendant") made an offer for entry of judgment in favor of Plaintiff Kennedy Johnson ("Plaintiff") against Defendant in the amount of $24,312.68, an amount being comprised of $12,156.34 in unpaid overtime wages and an equal amount in liquidated damages plus attorneys' fees and costs in an amount to be negotiated by the parties or decided by the Court. On January 18, 2021 Plaintiff filed a notice of acceptance of that offer of judgment. The parties have subsequently negotiated attorneys' fees and costs and agree that a total of $5,600 in fees and costs is reasonable.

THEREFORE, IT IS ORDERED that there be judgment in favor of Plaintiff Kennedy Johnson in the amount of $24,312.68 in unpaid overtime wages and liquidated damages and $5,600 in attorneys' fees and costs.

**THUS DONE AND SIGNED** at Lafayette, Louisiana on this 1st day of February, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

Agreed as to form and substance,

| | |
|---|---|
| **SOSA-MORRIS NEUMAN, PLLC** | **ADAMS AND REESE LLP** |
| By: */s/ John Neuman* | By: *s/ Erica P. Sensenbrenner* |
| Beatriz Sosa-Morris | ELIZABETH A. ROUSSEL (#27943) |
| BSosaMorris@smnlawfirm.com | ERICA P. SENSENBRENNER (#38400) |
| Texas State Bar No. 24076154 | Hancock Whitney Center, Suite 4500 |
| John Neuman | 701 Poydras Street |
| JNeuman@smnlawfirm.com | New Orleans, Louisiana 70139 |
| Texas State Bar No. 24083560 | Telephone: (504) 581-3234 |
| 5612 Chaucer Drive | Facsimile: (504) 566-0210 |
| Houston, Texas 77005 | Liz.Roussel@arlaw.com |
| Telephone: (281) 885-8630 | Erica.Sensenbrenner@arlaw.com |
| Facsimile: (281) 885-8813 | ***Counsel for Defendant*** |
| | ***Power Performance, Inc.*** |
| By: */s/ Matthew Parmet* | |
| Matthew Parmet | |
| Louisiana Bar # 32855 | |
| Parmet PC | |
| 3 Riverway, Ste. 1910 | |
| Houston, Texas 77056 | |
| Phone 713 999 5228 | |
| Fax 713 999 1187 | |
| matt@parmet.law | |

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that this document was filed through the Western District of Louisiana CM/ECF system, which will provide a copy to all counsel of record, on January 29, 2021.

*/s/ John Neuman*
John Neuman